**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2291

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

WARSHAW ONE LLC., INC; SANDRA DORSEY;
BALTIMORE COUNTY POLICE DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:06-cv-02504-CCB)

Submitted:  April 26, 2007       Decided:  April 30, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilder v. Warshaw One LLC., Inc.</u>, No. 1:06-cv-02504-CCB (D. Md. Nov. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>